## Commonwealth, Appellant, *v.* Stupak et al.

Before SCHWARTZ, J.

Argued November 13, 1974. *Lawrence N. Claus,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *Dennis J. Clark,* with him *Thomas A. Livingston,* for appellees.

Order affirmed.